UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2017 MAY 8 PM 2 34

U.S. DISTRICT COURT
NEW HAVEN CT.

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND INCOMING RECORDING DEVICE | No.  **FILED UNDER SEAL**  May 8, 2017 |

## APPLICATION

Anthony E. Kaplan, an attorney of the United States Department of Justice and an Assistant United States Attorney for the District of Connecticut, hereby applies to the Court pursuant to Title 18, United States Code, Section 3122 for an order authorizing the installation and use of a pen register and of a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted ("incoming recording device"). In support of this application he states the following:

1. Applicant is an "attorney for the Government" as defined in Rule 54(c) of the Federal Rules of Criminal Procedure, and therefore, pursuant to Title18, United States Code, Section 3122, may apply for an order authorizing the installation and use of a pen register and incoming recording device.

2. Applicant certifies that the Federal Bureau of Investigation ("FBI") is conducting a criminal investigation of Chawn BATTLE, and others, in connection with possible violations of Title 21, United States Code, Sections 841(a)(1)(possession with intent to distribute controlled substances) and 846 (conspiracy to possess with intent to distribute, and to distribute, controlled

1

substances), and related offenses. Your applicant further certifies that he has received information from FBI Special Agent Steven RENDON indicating that telephone number (267) 751-9349 (the "Target Telephone") has service provided by AT&T (the "Company"); is believed to be utilized by BATTLE and his associates in connection with narcotics trafficking activities; and that the information likely to be obtained from the pen register and incoming recording device is relevant to the ongoing criminal investigation being conducted by the FBI into the aforementioned offenses.

    3. Applicant requests that the Court issue an order for a period of sixty (60) days authorizing the installation and use of a pen register to register numbers dialed or pulsed from said telephone number, to record the date and time of such dialings or pulsings, and to record the length of time the telephone receiver in question is off the hook for incoming or outgoing calls, and of a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to said telephone number.

    4. The applicant further requests that the order direct the furnishing of information, including subscriber information, facilities, and technical assistance necessary to unobtrusively accomplish the installation of the pen register and incoming recording device by AT&T ("the Company"), with reasonable compensation to be paid by the applicant for reasonable expenses incurred in providing such facilities and assistance.

    WHEREFORE, it is respectfully requested that the Court grant an order for a period of 60 days (1) authorizing the installation and use of a pen register to record numbers dialed or pulsed from said telephone number and of a device that captures the incoming electronic or other

impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to said telephone number, (2) directing the Company to forthwith furnish agents of the FBI with all information, including subscriber information, facilities, and technical assistance necessary to accomplish the installation and use of the devices unobtrusively and with minimum interference to the services presently accorded persons whose dialings or pulsings are the subject of the pen register and incoming recording device, (3) authorizing application of the Court's order to the target telephone number referenced above regardless of service provider during the 60-day period; and, (4) sealing this application and the Court's order.

I declare under penalty of perjury that the foregoing is true and correct.

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct08083
Anthony.kaplan@usdoj.gov
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700